332    APPELLATE COURTS OF ILLINOIS.

VOL. 60.] Am. Bld., Loan & Investment Society v. The People.

# American Building, Loan and Investment Society v. The People, etc., ex rel. M. T. Moloney, Attorney General.

1. APPELLATE COURT PRACTICE—*Decision of Abstract Questions of Law.*—When nothing but abstract questions of law is involved in a case, the decision of which will affect no rights, the judgment of the court below will be affirmed.

Appeal from an Interlocutory Order of the Circuit Court of Cook County appointing a receiver; the Hon. OLIVER H. HORTON, Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed October 17, 1895.

JAMES E. MUNROE and WM. G. COOKE, attorneys for appellant; MORAN, KRAUS & MAYER, of counsel.

MAURICE T. MOLONEY, Attorney-General, attorney for appellee; T. J. SCOFIELD and M. L. NEWELL, of counsel.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

Circumstances which we need not narrate, satisfy us that nothing is involved in this case, but abstract questions of law; that the decision here will affect no rights of anybody; that the only effect of a consideration of the questions arising upon this record would be merely to declare what our opinion is upon those questions.

We will therefore affirm the decree appealed from for reasons more fully stated in Aff v. Hopkins, 57 Ill. App. 529. Affirmed.